UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **EDWIN THOMAS SNELL,** | ) |
| Petitioner, | ) Case No. CV 12-7021 GAF (AJW) |
| v. | ) |
| **JEFFREY A. BEARD,** | ) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: March 28, 2014

_/s/ Gary Feess_
_____
Gary A. Feess
United States District Judge