JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN THOMAS SNELL, | )<br>) Case No. CV 12-7021-GAF(AJW) |
| Petitioner, | )<br>) |
| v. | ) JUDGMENT<br>) |
| JEFFREY A. BEARD, | )<br>) |
| Respondent. | )<br>) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: March 28, 2014

_____
Gary A. Feess
United States District Judge